# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138250

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 138250
COA: 287820
Mecosta CC: 04-005268-FH;
04-005317-FH; 04-005327-FH

MICHAEL ANTHONY LOCKLEAR,
      Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the December 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

p0720